**SEALED**

1  PHILLIP A. TALBERT
   United States Attorney
2  CAMERON L. DESMOND
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700
   Facsimile: (16) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

**FILED**

AUG 03 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:17-CR-0127 KJM |
|---|---|
| Plaintiff, | |
| v. | ORDER TO SEAL |
| DORIAN JALIAS MILES | (UNDER SEAL) |
| Defendant. | |

The Court hereby orders that the Indictment, the Petition of Assistant United States Attorney Cameron L. Desmond to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

Dated: Aug. 3, 2017

_____
DEBORAH L. BARNES
United States Magistrate Judge

Order to Seal Indictment