HEATHER E. WILLIAMS, #122664
Federal Defender
CAROLYN M. WIGGIN, #182732
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814
carolyn_wiggin@fd.org

Attorney for Defendant
DORIAN JALIAS MILES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DORIAN JALIAS MILES,<br>Defendant. | No. 2:17-cr-00127-KJM<br><br>STIPULATION AND ORDER<br>TO CONTINUE BRIEFING DATES |

It is hereby stipulated and agreed to between the United States of America through Cameron L. Desmond, Assistant U.S. Attorney, and defendant Dorian Jalias Miles, by and through his counsel Carolyn M. Wiggin, Assistant Federal Defender, that the current briefing schedule in this case be vacated and the following briefing schedule be put in place:

Petitioner Dorian Jalias Miles shall file an amended petition, or a notice that he will not amend his petition, by May 4, 2020. The government shall file a response to defendant's original or amended Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255, ECF No. 48, by July 3, 2020. Defendant's reply, if any, shall be filed thirty (30) days thereafter; whereupon, the matter will be submitted.

-1-

The continuance is requested to give Mr. Miles' counsel, who is new to this case, time to gather and review all records needed and consult with Mr. Miles.

DATED: March 11, 2020

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Carolyn M. Wiggin*
CAROLYN M. WIGGIN
Assistant Federal Defender
Attorney for Defendant
DORIAN JALIAS MILES

DATED: March 11, 2020

McGREGOR W. SCOTT
United States Attorney

*/s/ Cameron L. Desmond*
CAMERON L. DESMOND
Assistant U.S. Attorney
Attorney for Plaintiff

O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

It is further ordered that the current briefing schedule be vacated and the following schedule be put in place: Petitioner Dorian Jalias Miles shall file an amended petition, or a notice that he will not amend his petition, by May 4, 2020. The government shall file a response to defendant's original or amended Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255, ECF No. 48, by July 3, 2020. Defendant's reply, if any, shall be filed thirty (30) days thereafter; whereupon, the matter will be submitted.

DATED: March 11, 2020.

CHIEF UNITED STATES DISTRICT JUDGE