HEATHER E. WILLIAMS, #122664
Federal Defender
CAROLYN M. WIGGIN, #182732
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814
carolyn_wiggin@fd.org

Attorney for Defendant
DORIAN JALIAS MILES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　v.<br>DORIAN JALIAS MILES,<br>　　　　　Defendant. | No. 2:17-cr-00127-KJM<br><br>SECOND STIPULATION AND ORDER TO CONTINUE BRIEFING DATES |

It is hereby stipulated and agreed to between the United States of America through Cameron L. Desmond, Assistant U.S. Attorney, and defendant Dorian Jalias Miles, by and through his counsel Carolyn M. Wiggin, Assistant Federal Defender, that the current briefing schedule in this case be vacated and the following briefing schedule be put in place:

Petitioner Dorian Jalias Miles shall file an amended petition, or a notice that he will not amend his petition, by June 4, 2020. The government shall file a response to defendant's original or amended Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255, ECF No. 48, by August 4, 2020. Defendant's reply, if any, shall be filed thirty (30) days thereafter; whereupon, the matter will be submitted.

The continuance is requested because Mr. Miles' counsel has to order transcripts of state court proceedings and, in light of various shelter-in-place orders affecting courts and other workplaces throughout California, expects it will take some additional time to obtain these transcripts.

DATED: April 10, 2020                          Respectfully submitted,

                                                          HEATHER E. WILLIAMS
                                                          Federal Defender

                                                          */s/ Carolyn M. Wiggin*
                                                          CAROLYN M. WIGGIN
                                                          Assistant Federal Defender
                                                          Attorney for Defendant
                                                          DORIAN JALIAS MILES

DATED: April 10, 2020                          McGREGOR W. SCOTT
                                                          United States Attorney

                                                          /s/ *Cameron L. Desmond*
                                                          CAMERON L. DESMOND
                                                          Assistant U.S. Attorney
                                                          Attorney for Plaintiff

---

# O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

It is further ordered that the current briefing schedule be vacated and the following schedule be put in place: Petitioner Dorian Jalias Miles shall file an amended petition, or a notice that he will not amend his petition, by June 4, 2020. The government shall file a response to defendant's original or amended Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255,

ECF No. 48, by August 4, 2020. Defendant's reply, if any, shall be filed thirty (30) days thereafter; whereupon, the matter will be submitted.

DATED: April 10, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE