# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:17-cr-00127-KJM |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER FOR BRIEFING |
| v. ) | SCHEDULE ON MOTION FOR |
| ) | COMPASSIONATE RELEASE |
| DORIAN JALIAS MILES, ) | |
| ) | |
| Defendant. ) | |

Counsel having met and conferred regarding a schedule for further briefing on Mr. Miles' Second Emergency Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Compassionate Release) (Docket No. 70) and stipulate as follows:

The Government's response to the motion shall be due on December 8, 2020.  Mr. Miles' optional reply shall be due on December 15, 2020.

//

//

//

//

//

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: November 23, 2020

*/s/ Carolyn M. Wiggin*
CAROLYN M. WIGGIN
Assistant Federal Defender

Attorneys for Defendant
DORIAN JALIAS MILES


McGREGOR W. SCOTT
United States Attorney

Dated: November 23, 2020

*/s/ Cameron Desmondt*
CAMERON DESMOND
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA


IT IS SO ORDERED.

Dated:  November 23, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE