1  PHILLIP A. TALBERT
   Acting United States Attorney
2  CAMERON L. DESMOND
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00127-KJM |
|---|---|
12 | Plaintiff, | STIPULATION TO VACATE PRELIMINARY HEARING AND SET THIS MATTER FOR AN ADMIT/DENY IN FRONT OF THE DISTRICT JUDGE; FINDINGS AND ORDER |
13 | v. | |
14 | DORIAN JALIAS MILES, | |
15 | Defendant. | DATE: October 1, 2021<br>TIME: 2:00 p.m.<br>COURT: Hon. Deborah Barnes |
16 | | |

17

18                                **Stipulation**

19       1)    On September 21, 2021, Federal Supervisee Dorian Miles made his initial appearance on

20 a Petition for Violation of Supervised Release. The matter is set for a preliminary hearing on October

21 1, 2021.

22       2)    The supervisee now moves to vacate the preliminary hearing and waive his right to such

23 hearing under Federal Rule of Criminal Procedure 32.1(b)(1)(A).

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

   STIPULATION                              1

3)      The parties request that this matter be set for an admit deny hearing in front of Judge Mueller on October 25, 2021.  The parties have confirmed that this date is available for Judge Mueller.

IT IS SO STIPULATED.

Dated: September 30, 2021                PHILLIP A. TALBERT
                                         Acting United States Attorney

                                         /s/ CAMERON L. DESMOND
                                         CAMERON L. DESMOND
                                         Assistant United States Attorney

Dated: September 30, 2021                /s/Hootan Baigmohammadi
                                         Hootan Baigmohammadi
                                         Counsel for Defendant
                                         DORIAN JALIAS MILES

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED

Dated: September 30, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

STIPULATION                              2