HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH ROSE LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
DORIAN JALIAS MILES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  2:17-cr-127 KJM |
|---|---|
| Plaintiff, | ) **ORDER TO RELEASE PORTION OF PROBATION RECORDS** |
| vs. | ) |
| DORIAN JALIAS MILES, | ) |
| Defendant. | ) Judge: Honorable Kimberly J. Mueller |

Based on the unopposed request by Mr. Miles, through counsel, and good cause appearing therefrom, the Court hereby orders the United States Probation Office to disclose the requested documents as contained within Mr. Miles' Probation file to Hannah Labaree and Hootan Baigmohammadi, attorneys for Mr. Miles. This Order is made pursuant to Local Rule 461(b).

DATED: October 7, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE